# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN SARANCHUK,** *et al.,* | : | |
| | : | **CIVIL ACTION NO. 3:15-0893** |
| **Plaintiffs** | : | |
| | : | **(JUDGE MANNION)** |
| v. | : | |
| | : | |
| **DAN LELLO,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendants' motion for summary judgment, (Doc. 30), is **GRANTED IN PART** and **DENIED IN PART** as follows:

**(1)** the defendants' motion for summary judgment is **GRANTED** with respect to the Fifth Amendment claims (Count I of the complaint), Sixth Amendment claims (Count I), substantive due process claims (Count I), civil rights conspiracy claims (Count II), equal protection claims (Count III), official capacity claims, intentional infliction of emotional distress claims (Count VI), claims for breach of the implied covenant of good faith and fair dealing (Count VII), claims for intentional interference with advantageous relations (Counts VIII and IX), abuse of process claims (Count X), defamation claims (Count

XI), civil conspiracy claims (Count V), and loss of consortium claims (Count XII); and

**(2)** the defendants' motion for summary judgment is **DENIED** with respect to the procedural due process claims (Count I of the complaint), *Monell* liability claims (Count IV), and the affirmative defense of qualified immunity.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 13, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0893-01-Order.docx