# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN SARANCHUK,** *et al.* | : |
| **Plaintiffs** | : CIVIL ACTION NO. 3:15-0893 |
| v. | : (JUDGE MANNION) |
| **DAN LELLO,** *et al.* | : |
| **Defendants** | : |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the defendants' Motion for Reconsideration, (Doc. 38), of this court's October 13, 2017 Order is **GRANTED**;

**(2)** the Clerk of Court is directed to **VACATE** this court's October 13, 2017 Order, (Doc. 37), with respect to the rulings on the procedural due process claim (Count I of the complaint) and the *Monell* liability claim (Count IV of the complaint) contained therein;

**(3)** the defendants' prior Motion for Summary Judgment, (Doc. 30), is **GRANTED** with respect to the procedural due process claim (Count I) and the *Monell* liability claim (Count IV) contained therein; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**Dated: August 23, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-893-02-Order.docx