# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN SARANCHUK,** *et al.,* | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:15-893** |
| v. | : | **(JUDGE MANNION)** |
| **DAN LELLO,** *et al.,* | : | |
| **Defendants** | : | |

# O R D E R

In accordance with the Third Circuit's opinion, (Doc. 47-1), and this court's accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the parties are provided **60 days** from the date of this Order to conduct supplemental discovery, if they chose, regarding the issues specified in the Third Circuit's opinion, 779 Fed.Appx. 888 (3d Cir. 2019), and in this court's memorandum;

**(2)** the parties are directed to file supplemental briefs regarding the issues specified in the Third Circuit's opinion and in this court's memorandum with respect to the remaining procedural due process claim, (Count I of the complaint), and the Monell liability claim, (Count IV of the complaint), by **July 13, 2020**; and

**(3)** the parties are directed to file their reply briefs to the opposing party's brief by **July 31, 2020**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 13, 2020**
15-0893-03-Order-Word